UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |
| | 3:09-md-02100-DRH |
| | MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Allison Hammitt, et al. v. Bayer Pharma AG, et al.* | No. 3:11-cv-12263-DRH-PMF |
| *Falon Lapka, et al. v. Bayer Pharma AG, et al.* | No. 3:12-cv-11440-DRH-PMF |
| *Judie Misiewicz, et al. v. Bayer Pharma AG, et al.* | No. 3:11-cv-12355-DRH-PMF |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or Orders of Dismissal filed to date in the above captioned cases, these matters are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
            **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.11
15:01:43 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT